IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:21-MJ-338 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| JACOB G. GARDUNO, | ) | Court Date: October 13, 2021 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 7512518)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 14, 2021, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, JACOB G. GARDUNO, did unlawfully operate a motor vehicle while having a blood alcohol concentration of 0.20 grams per 210 liters of breath.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Sections 18.2-266(i), 1950, as amended)

(COUNT II – Class A Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 14, 2021, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, JACOB G. GARDUNO, did unlawfully operate a motor vehicle while under the influence of alcohol.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-266(ii), 1950, as amended)

Respectfully Submitted,

Raj Parekh
Acting United States Attorney

_____
Colin P. Norton
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Colin.norton@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was e-mailed this ⎵ day of October 2021 to the defendant's counsel.

By: _____
Colin P. Norton
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Colin.norton@usdoj.gov